AO 240 (DELAWARE REV 7/00)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

NAUE, LARRY D.
Plaintiff

V.

DEPT. OF. CORR. ET AL.
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 06 - 198

I, LARRY D. NAUE, declare that I am the (check appropriate box)
☑ **Petitioner/Plaintiff/Movant**   ☐ **Other** in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No" go to Question 2)

   If "YES" state the place of your incarceration DELAWARE CORR: CENTER.

   Are you employed at the institution?   ☐ Yes ☑ No

   Do you receive any payment from the institution?   ☐ Yes ☑ No

   *Have the institution fill out the certificate portion of this affidavit and attach a ledger from the institution(s) of your incarceration showing at least the past SIX months' transactions.  Ledger sheets are not required for cases filed pursuant to 28:USC §2254.*

   BD scanned

   FILED
   MAR 24 2006
   U.S. DISTRICT COURT
   DISTRICT OF DELAWARE

2. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.   N/A

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. BEEN IN PRISON FOR 25 YR.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes ☑ No
   b. Rent payments, interest or dividends             ☐ Yes ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes ☑ No
   d. Disability or workers compensation payments      ☐ Yes ☑ No
   e. Gifts or inheritances                            ☐ Yes ☐ No
   f. Any other sources                                ☐ Yes ☑ No

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.   N/A

4. Do you have any cash or checking or savings accounts?    ☐ Yes ☒ No

   If "Yes" state the total amount $ ___N/A___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes ☒ No

   If "Yes" describe the property and state its value. N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   NONE

I declare under penalty of perjury that the above information is true and correct.

Date: 3/21/06            Signature of Applicant _____

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

06 - 198

TO: Larry Nave   SBI#: 104131

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: March 1, 2006

FILED
MAR 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Attached are copies of your inmate account statement for the months of September 1, 2005 to February 28, 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 0 |
| Oct | 0 |
| Nov | 0 |
| Dec | 0 |
| Jan | 0 |
| Feb | 0 |

Average daily balances/6 months: 0

Attachments
CC: File

Stacy Shane 3/1/06

3/6/06
Notary Public

# Individual Statement - No Transactions This Month

Date Printed: 3/1/2006                                                                 Page 1 of 1

## For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00164131 | Nave | Larry | D | | |
| **Current Location:** 22 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|
| **Total Amount Currently on Medical Hold:** | | ($3.85) | | | | |
| **Total Amount Currently on Non-Medical Hold:** | | ($6.20) | | | | |

# Individual Statement - No Transactions This Month

Date Printed: 3/1/2006                                                                                         Page 1 of 1

## For Month of January 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00164131 | Nave | Larry | D | | |
| Current Location: 22 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: ($3.85)

Total Amount Currently on Non-Medical Hold: ($6.20)

## Individual Statement - No Transactions This Month

Date Printed: 3/1/2006                                Page 1 of 1

### For Month of February 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00164131 | Nave | Larry | D | | |
| Current Location: 22 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: ($3.85)

Total Amount Currently on Non-Medical Hold: ($6.20)

# Individual Statement

## For Month of September 2005

Date Printed: 3/1/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 | |
|---|---|---|---|---|---|---|---|
| 00164131 | Nave | Larry | D | | | | |
| Current Location: | 22 | | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($1.29) | $0.00 | 161451 | | POSTAGE | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($0.83) | $0.00 | 161452 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.13) | $0.00 | 164131 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.13) | $0.00 | 164149 | | POSTAGE | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: ($3.85)

Total Amount Currently on Non-Medical Hold: ($6.20)

Date Printed: 3/1/2006

## Individual Statement

### For Month of October 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00164131 | Nave | Larry | D | | | |
| Current Location: | 22 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($2.85) | $0.00 | 172034 | | 10/4/05 | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 176167 | | POSTAGE | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: ($3.85)

Total Amount Currently on Non-Medical Hold: ($6.20)

# Individual Statement

Date Printed: 3/1/2006

Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00164131 | Nave | Larry | D | | | |
| Current Location: | 22 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 11/18/2005 | $0.00 | ($2.00) | $0.00 | $0.00 | 185932 | | 11/3/05 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: ($3.85)
Total Amount Currently on Non-Medical Hold: ($6.20)