U.S. District Court
District of Delaware

Nave, Larry D.
    Petitioner,

v.                                    Civil Action No: 06-198-J.J.F.

Warden, Tom Carroll;
Treatment Superintendant
Ron Hosterman;
Dept. of Corr. et. al.
    Defendants,



Motion For Discovery

Comes Now, Larry D. Nave, Pro-Se, Petitioner and respectfully request that court enter a order pursuant to U.S. District Rules of Civil Procedure, Rule 26 (A),(C) and (D), to have defendants deliver to petitioner the listed documents... These documents are directly relevant to this civil litigation as they will show this honorable court that by Delaware law and Department of Corrections statue, petitioner does have a right to employment, treatment programs, as will as to due process before any punishment is forced upon him... And that the Delaware Correctional Center changed there statue since earlier rulings by this court and others regarding inmates having a right to employment

(1)

PG.2

TREATMENT PROGRAMS AND DUE PROCESS REGARDING PUNISHMENT BEFORE IT'S FORCED UPON PETETIONER..

1), COPIES OF THE CLASSIFICATION DIRECTIVE BEING USED AT THE DELAWARE CORRECTIONAL CENTER...

2), COPIES OF THE NAME AND NUMBER OF INMATES BEING SUBJECTED TO THE SAME INJUSTICE REGARDING PETITIONERS CLASSIFICATION..

3), COPIES OF EVERY CLASSIFICATION DECISION REGARDING PETITIONERS CUSTODY AND TREATMENT PLAN AND OR APPEALS..

4), A DETAILED COPY OF THE EVIDENCE RELIED UPON BY THE WARDEN THAT RESULTS IN THE WARDENS DECISION TO CONTINUE PETITIONERS CONFINEMENT IN A PUNITIVE HOUSING UNIT SINCE 2002, TO DATE...

5), COPIES OF PETITIONERS CUSTODY AND HOUSING LEVEL (BEFORE) HIS TRANSFER TO WASH. STATE, D.O.C. IN 1992..

6), COPIES OF PETITIONERS PRE-APPROVED CUSTODY AND HOUSING LEVEL WHILE IN WASH. STATE BEFORE HIS RETURN TO DELAWARE D.O.C...

7), COPIES OF ANY PSYCHOLOGICAL EVALUATION CONDUCTED ON PETITIONER BETWEEN 2002, AND TO DATE..,

8), COPIES OF THE DIRECTIVE REGARDING INMATE EMPLOYMENT AND INMATE ASSIGNMENT TO EMPLOYMENT..,

9), COPIES OF THE INMATE EMPLOYMENT APPROVAL SHEET FROM 2004 TO DATE..,

PG. 3.

10), COPIES OF THE PRE PAROLE COMMITTEES DECISION AND RECOMMENDATION REGARDING PETITIONER...

11), COPIES OF THE DISCIPLINARY DIRECTIVE BEING USED AT THE DELAWARE CORRECTIONAL CENTER FROM 2002, TO DATE...

12), COPIES OF PETITIONERS COMPLETE DISCIPLINARY RECORDS...

13), COPIES OF THE MULTI DISCIPLINARY TEAMS DUTIES...

14), COPIES OF THE CHAIN OF COMMAND MANUAL FOR THE DEL. CORR. CENTER, BY RANK AND DUTIES...

15), COPIES OF THE CUSTODY LEVEL APPROVED FOR THE DEL. CORR. CENTER FACILITY, BY THE DEPT. OF CORR...

16), COPIES OF THE DIRECTIVE STATING WHOM IS AUTHORIZED TO MAKE AND IMPLEMENT RULES AND REGULATIONS FOR THE DEL. CORR. CENTER...

DATED THIS 15TH DAY OF MAY 2006.

SINCERELY

Larry Nave #164131
PETITIONER.

CERTIFICATE OF MAILING AND OR DELIVERY

THE UNDERSIGNED CERTIFIES THAT ON MAY 15TH, 2002, HE CAUSED THE ATTACHED MOTION FOR DISCOVERY, TO BE SENT TO THE FOLLOWING PERSON(S) IN THE FORM AND MANNER INDICATED:

U.S. DISTRICT COURT
844 N. KING ST.
WILM, DE. 19801

ATTORNEY GENERAL
820 N. FRENCH ST.
WILM, DE. 19801

(5) FIVE COPIES TO THE DISTRICT COURT AND ONE COPY TO THE ATTORNEY GENERALS OFFICE, BY PLACING SURE COPIES BY FIRST CLASS MAIL, POSTAGE PRE PAID, TO EACH RECIPIENT.

*Larry D. Nave*

LARRY D. NAVE 164131
M.H.U. 22 DUST
DE. CORR CENTER
1181 PADDOCK ROAD
SMYRNA, DE. 19877

IM Noel Loody
SBI# 164131   UNIT 22 DUST
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

U.S. District Court
844 N. King St
Wilm. De.
19801

LEGAL MAIL