U.S. District Court House
844 N. King St.
Wilm, DE. 19801

Larry D. Nave #164131
M.H.U. 22 Dn5
De. Corr. Center
1181 Paddock Rd.
Smyrna, DE. 19977

5/24/06
Re: Nave V. Dept of Corr. et al. # 06-198-J.J.F.

Enclosed please find a check or money order in the amount of $4.00, in which is 20% of what I have on my account over $10.00, the order was for me to pay 20% of any monies I receive on my account over $10.00.

I thank you for your time, help, and consideration in this matter.

Sincerely

IM Mark Laury
SBI# 164131    UNIT 22 DUST
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

WILMINGTON DE 197
05 JUN 2006 PM 1 L

U.S. District Court
ATTN: Court Clerk
844 N. King St.
Wilm DE.
19801